**UNITED STATES OF AMERICA**
**United States District Court for**
**the District of Massachusetts**

FILED
IN CLERKS OFFICE
2026 SEP -8 P 12:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

U.S. District Court
One Courthouse Way
Boston, MA 02210

RE: Marcelo De Oliveira-Caetano v. Moniz, et al.
NO: 1:26-CV-13638-MJJ

MOTION TO DISMISS PETITION FOR A WRIT OF HABEAS CORPUS

NOW COMES the Defendant, Marcelo De Oliveira-Caetano, in the above-entitled matter and moves this Honorable Court to DISMISS PETITION FOR A WRIT OF HABEAS CORPUS.

Defendant states the following in support of his motion:

1. Defendant is incarcerated at the Plymouth County Correctional Facility as an ICE detainee;
2. Eu quero ir para o meu pais Brasil mais Rapido possivel. minha mãe esta no Hospital.

3. Justice dictates that this motion be allowed.

WHEREFORE, Defendant requests his Motion to Dismiss Habeas Petition be allowed.

Respectfully submitted,

marcelo W. O. caetano

, Pro Se

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Dated: 9/01/2026

## CERTIFICATE OF SERVICE

I, Marcelo De Oliveira-Caetano, hereby certify that I have this day served the foregoing **MOTION TO DISMISS PETITION FOR A WRIT OF HABEAS CORPUS** by mailing, first class, postage pre-paid, copies of same to United States Attorney's Office, U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA, 02110.

Dated: 09/01/2026

Marcelo W. O-Caetano

, Pro Se